ADOLPH APTON, Appellant, *v.* BARCLAYS BANK LIMITED, Respondent.

Argued May 18, 1950; decided June 2, 1950.

*Benjamin Levin* and *Julius B. Weigert* for appellant.

*Clifton S. Thomson, Robert M. McCulloch, Gerhard R. Gerhard, John D. Kernan, Jr.,* and *Charles N. Schenck, III,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ. Taking no part: FROESSEL, J.